IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Kentucky__
__Bowlinggreen__ DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

FILED
JAMES J. VILT, JR. - CLERK
OCT 14 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Kenneth A Williams JR

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Ron MCcarty, John Schmidt
Robert Ogust
BMW of North America Owner Bowlinggreen ky

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 1:22-CV-137-GNS
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☒ Yes  ☐ No
*(check one)*

I. The Parties to This Complaint

   A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kenneth A Williams JR |
| Street Address | P.O Box #50475 |
| City and County | Bowlinggreen, Warren |
| State and Zip Code | Kentucky. 42102 |
| Telephone Number | 313-636-4619 |
| E-mail Address | KWilliams500774@GMail.Com |

   B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Ron MCcarty |
| Job or Title (if known) | BMW of Bowlinggreen Service Department Employee |
| Street Address | 325 Three Springs RD. |
| City and County | Bowlinggreen, Warren |
| State and Zip Code | Kentucky 42104 |
| Telephone Number | 270-745-0001 |
| E-mail Address (if known) | rMCCarty@MillsAutogroup.com |

Defendant No. 2

| | |
|---|---|
| Name | Robert Ogust |
| Job or Title (if known) | BMW of Bowlinggreen General Manager |
| Street Address | 325 Three Springs RD. |
| City and County | Bowlinggreen, Warren |

2

|   |   |
|---|---|
| State and Zip Code | Kentucky 42104 |
| Telephone Number | 270-418-3123 |
| E-mail Address (if known) | ROgust@Millsautogroup.com |

Defendant No. 3

|   |   |
|---|---|
| Name | BMW of North America Bowlinggreen, Ky Location Owner |
| Job or Title (if known) | BMW of Bowlinggreen Owner |
| Street Address | 325 Three Springs RD |
| City and County | Bowlinggreen, Warren |
| State and Zip Code | Kentucky 42104 |
| Telephone Number | 270-745-0001 |
| E-mail Address (if known) | N/A |

Defendant No. 4

|   |   |
|---|---|
| Name | John Schmidt |
| Job or Title (if known) | BMW of Bowlinggreen Service Advisor |
| Street Address | 325 Three Springs RD |
| City and County | Bowlinggreen, Warren |
| State and Zip Code | Kentucky 42104 |
| Telephone Number | 270-745-0001 |
| E-mail Address (if known) | Jschmidt@Millsautogroup.com |

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question           ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Federal Statute     42 U.S.C. 2000(a)

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

  1. The Plaintiff(s)

     a. If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

     b. If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

  2. The Defendant(s)

     a. If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I Kenneth A Williams JR the plaintiff in this action is Claiming that the defendants discriminated Against Me By unfairly And unequally treating Me differently than the Majority White Customers At the Company in Question Location. I the plaintiff in this Action Are entitled to punitive damages in this Case due to the Multiple times My Civil Rights were violated According to federal Law. Defendant Ron McCarthy stated to Me that he had issues trusting Me the very 1st day he met Me. Recently he purposely Misdiagnosed My Car. He lied to Me About warranties that My vehicle had. Never Attempted to Assist in Providing Me A Loaner Car for Services over 2 hours As he does the White Customers. Defendant Robert Ogust Supported all of Rons discriminatory Actions As the General Manager. Robert Refused to Give Me A Appraisal. Talked down At Me As if I wasn't worthy of Anything. treated Me differently than he treated their White Customers. BMW of Bowlinggreens Owner the 3rd defendant Allowed Such violations to Be Made By not having A More diversed Staff at the Location in Question And for Allowing that Location to Refuse Me Service As of today Because I chose to protect My Civil Rights By Bringing this Matter to the Courts Attention, the ownership Also Knew About defendant Robert Ogust Actions from prior complaints,

## Statement of Claim

The 4th defendant John Schmidt also treated me the plaintiff in this action unfairly and unequally. He purposely misdiagnosed my car, and also never offered me a customer loaner car for services that lasted over 2 hours as he does the white customers. July 31st, 2022 defendant Ron McCarty misdiagnosed my car. Repair order issued by him stated incorrect muffler was installed. The service that was done that day lasted over 2 hours no loaner car was offered. On August 15th, 2022 defendant John Schmidt services my vehicle from 8:00 AM till 3:00 PM. No loaner car was offered, I used uber to pick up my car that day. On August 20th, 2022 defendant Ron McCarty admitted to alot of my claimed complaints on a audio recording between him and I. 19 plus minutes of audio recording, he admitted to not trusting me from the 1st day he met me. He admitted to knowingly disregarding BMW public relations team members advice to look into available engine coverage as I was being directed by the BMW public relations team member to advise him of such coverage over the phone. the defendant Ron McCarty later on the recording admitted to telling me there was no engine coverage again dispite all of my efforts to have him check. defendant Ron McCarty admitted to fully checking my account for coverage on 8/19/22 for (ANY) engine coverage and found none. He admitted that it was only after I had BMW of Grand Rapids, MI email me my car full history and warrenties is when he all of a sudden seen it. On August 29th, 2022 defendant John Schmidt purposely misdiagnosed my car. Repair order states cause of loud sound from the muffler is I was told previously that (wrong) muffler was installed. Service that day took 4½ hours again no car loaner was offered to the Black customer me the plaintiff in this action. September 19th, 2022 defendant John Schmidt stated to me that my service would take over 3 hours on a audio recording and it did. I sat in the lobby the entire time no customer car loaner was offered to me. On October 1st 2022 the new GM admitted to the company being aware of Defendant Robert Ogust actions on a audio recording between him and I. Also admitting to telling his service manager that he don't think they go out they way to make Black people feel comfortable. On October 4th 2022 the same GM admitted to the company attempting to have me only deal with the Black guy when I come there witch is him and if I chose to bring this matter to court then I would not be allowed to come there for service any more according to the owner of that location. Retaliation on me for standing up for my civil rights unfairly and unequally being treated. That location has refused me service on 10-10-22 they refuse to repair my engine that falls under the warrenty found by BMW of Grand Rapids. witch is CPO Certified Pre-Owned after saying on recording its in they contract with BMW to still perform warrenty work even if I take this matter to court, dispite the contract they still refused me service.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I the plaintiff in this Matter ask the Court to order punitive Money damages in the Amount of $300,000 dollars. Basis for claiming the wrongs are continuing is that I'm Being retaliated Against now by this Company for Bringing this matter to the Courts attention, they are refusing Me service at this time. I Believe Am entitled to the Punitive damages Claimed Because of all the discriminatory Actions previously explained, Along with the Mental damage done to Me from the Actions displayed By All the defendants on ~~[crossed out]~~ Several different dates.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Oct 14th, 20 22.

Signature of Plaintiff: *Kenneth Williams*
Printed Name of Plaintiff: Kenneth A Williams JR

B. **For Attorneys**

Date of signing: _____, 20__.

6